*E-Filed 6/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCCO AWA, | No. C 13-1904 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |
| _____/ | |

Plaintiff has failed to (1) file a complaint, and (2) pay the filing fee of $350.00, or file an application to proceed *in forma pauperis* ("IFP"), by the Court's deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complaint, **and** (2) full payment of the filing fee, or an IFP application. The Clerk shall enter judgment in favor of defendant, and close the file.

   **IT IS SO ORDERED**.

DATED: June 3, 2013

_____
   RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California