1

2

3                                                              *E-Filed 6/3/13*

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11   ROCCO AWA,                            No. C 13-1904 RS (PR)

12            Plaintiff,                    **ORDER OF DISMISSAL**

13        v.

14   CALIFORNIA DEPARTMENT OF
15   CORRECTIONS AND REHABILITATION,

16            Defendant.
     _____/
17

18        Plaintiff has failed to (1) file a complaint, and (2) pay the filing fee of $350.00, or file

19   an application to proceed *in forma pauperis* ("IFP"), by the Court's deadline.  Accordingly,

20   the action is DISMISSED without prejudice for failing to respond to the Court's order, and

21   for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without

22   prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain

23   (1) a complaint, **and** (2) full payment of the filing fee, or an IFP application.  The Clerk shall

24   enter judgment in favor of defendant, and close the file.

25        **IT IS SO ORDERED**.

26   DATED:  June 3, 2013

27                                            RICHARD SEEBORG
                                             United States District Judge
28

United States District Court
For the Northern District of California